# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC, et al, | Case No. 2:17-cv-01418-JAD-CWH |
| Plaintiffs, | |
| v. | |
| MYKALAI KONTILAI, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendants' emergency ex parte motion to seal (ECF No. 4), filed on May 19, 2017. Defendants move the Court to seal the complaint (ECF No. 1) in this case. Upon review, Defendants have not provided either authority or good cause for the Court to consider this matter on an ex parte basis. However, the Court will provisionally seal the complaint pending resolution of the motion to seal. As the complaint will be sealed at least until the Court renders a decision on Defendants' motion, there is no need for emergency consideration.

IT IS THEREFORE ORDERED that the Clerk shall SEAL Plaintiffs' complaint (ECF No. 1) and the motion to seal (ECF No. 4) pending the Court's decision on the motion. Briefing will proceed in the normal course.

IT IS FURTHER ORDERED that Defendants' motion will not be heard on an ex parte basis. Defendants shall serve a copy of their motion (ECF No. 4) on Plaintiffs within 3 days of the date of this order. Briefing will then proceed along normal deadlines.

DATED: May 22, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1