Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC.,<br><br>             Plaintiffs,<br><br>v.<br><br>MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE,<br><br>             Defendants. | Case No. 2:17-cv-01418-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY EX PARTE MOTION TO SEAL PLAINTIFFS' COMPLAINT** (First Request)<br><br>              Filed Under Seal |

Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Defendants and Plaintiffs (the "Parties") request to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiffs' Complaint, with the requested extension being June 16, 2017.  The filing date of the Ex Parte Motion to Seal Plaintiffs' Complaint was May 19, 2017.

2.      This is the first stipulation the Parties have made to the Court to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal

1   Plaintiff' Complaint.

2          3.     The current deadline to file a response to Plaintiffs' Opposition to Defendants'

3   Emergency Ex Parte Motion to Seal Plaintiff' Complaint is today, June 13, 2017, and this

4   current deadline has not expired.

5          4.     The Parties request this extension because the Parties are currently engaged in

6   settlement negotiations.

7          IT IS SO STIPULATED.

8   DATED this _13th_ day of June 2017.          DATED this _13th_ day of June 2017.

9   HUTCHISON & STEFFEN, LLC                     WOLF, RIFKIN, SHAPIRO,
                                                  SCHULMAN & RABKIN, LLP
10

11
    _/s/ Jeffrey R. Hall_____          _/s/ Don Springmeyer_____
12  Mark A. Hutchison (4639)                      Don Springmeyer (1021)
    Jeffrey R. Hall (9572)                        Jordan Butler (10531)
13  Robert T. Stewart (13770)                     3556 E. Russell Road, Second Floor
    10080 West Alta Drive, Suite 200              Las Vegas, NV 89120
14  Las Vegas, NV 89145                           _Attorneys for Plaintiffs_
    _Attorneys for Defendants_
15

16

17                                               **IT IS SO ORDERED:**

18

19

20                                               _____

21                                               United States Magistrate Judge

22                                               Dated: June _____, 2017

23

24

25

26

27

28

                                        2 of 2