1  Mark A. Hutchison (4639)
   Jeffrey R. Hall (9572)
2  Robert T. Stewart (13770)
   HUTCHISON & STEFFEN, LLC
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
5  Tel:   (702) 385-2500
   Fax:   (702) 385-2086
6  mhutchison@hutchlegal.com
   jhall@hutchlegal.com
7  rstewart@hutchlegal.com
8  *Attorneys for Defendants*

9           **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11 | BLUE SUNSETS, LLC and JENCESS        | Case No. 2:17-cv-01418-JAD-CWH
12 | SOFTWARE & TECHNOLOGIES, INC.,       |
13 |               Plaintiffs,            | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY EX PARTE MOTION TO SEAL PLAINTIFFS' COMPLAINT**
14 | v.                                   |
15 | MYKALAI KONTILAI aka MICHAEL CONTILE |
   | and COLLECTORS COFFEE, INC dba       |
16 | COLLECTORS CAFE,                     | **(First Request)**
17 |               Defendants.            |
                                          | Filed Under Seal

18

19    Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs

20 Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through

21 their undersigned counsel, hereby stipulate and agree as follows:

22    1.    Defendants and Plaintiffs (the "Parties") request to extend the time to file a

23 response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiffs'

24 Complaint, with the requested extension being June 16, 2017. The filing date of the Ex Parte

25 Motion to Seal Plaintiffs' Complaint was May 19, 2017.

26    2.    This is the first stipulation the Parties have made to the Court to extend the time

27 to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal

28

Plaintiff' Complaint.

3. The current deadline to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiff' Complaint is today, June 13, 2017, and this current deadline has not expired.

4. The Parties request this extension because the Parties are currently engaged in settlement negotiations.

IT IS SO STIPULATED.

DATED this  13th  day of June 2017.                    DATED this  13th day of June 2017.

HUTCHISON & STEFFEN, LLC                              WOLF, RIFKIN, SHAPIRO,
                                                      SCHULMAN & RABKIN, LLP


*/s/ Jeffrey R. Hall*                                 */s/ Don Springmeyer*
Mark A. Hutchison (4639)                              Don Springmeyer (1021)
Jeffrey R. Hall (9572)                                Jordan Butler (10531)
Robert T. Stewart (13770)                             3556 E. Russell Road, Second Floor
10080 West Alta Drive, Suite 200                      Las Vegas, NV 89120
Las Vegas, NV 89145                                   *Attorneys for Plaintiffs*
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: June  14 , 2017