Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:17-cv-01418-JAD-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** <br> **(First Request)** <br><br> Filed Under Seal |

Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants and Plaintiffs (the "Parties") request to extend the time to file a responsive pleading to Plaintiffs' Complaint, with the requested extension being June 22, 2017. The filing date of Plaintiffs' Complaint was May 18, 2017.

2. This is the first stipulation the Parties have made to the Court to extend the time to file a responsive pleading to Plaintiffs' Complaint.

3. The current deadline to file a responsive pleading to Plaintiffs' Complaint is June 21, 2017, and this current deadline has not expired.

4. The Parties request this extension because the Parties are currently engaged in settlement negotiations.

IT IS SO STIPULATED.

DATED this 20th day of June 2017.                    DATED this 20th day of June 2017.

HUTCHISON & STEFFEN, LLC                             WOLF, RIFKIN, SHAPIRO,
                                                     SCHULMAN & RABKIN, LLP

/s/ Jeffrey R. Hall                                  /s/ Don Springmeyer
_____                      _____
Mark A. Hutchison (4639)                             Don Springmeyer (1021)
Jeffrey R. Hall (9572)                               Jordan Butler (10531)
Robert T. Stewart (13770)                            3556 E. Russell Road, Second Floor
10080 West Alta Drive, Suite 200                     Las Vegas, NV 89120
Las Vegas, NV 89145                                  *Attorneys for Plaintiffs*
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: June _____, 2017