Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:17-cv-01418-JAD-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY EX PARTE MOTION TO SEAL PLAINTIFFS' COMPLAINT** <br> **(Third Request)** <br><br> Filed Under Seal |

Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.   Defendants and Plaintiffs (the "Parties") request to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiffs' Complaint, with the requested extension being June 22, 2017.  The filing date of the Ex Parte Motion to Seal Plaintiffs' Complaint was May 19, 2017.

2.   This is the third stipulation the Parties have made to the Court to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal

Plaintiffs' Complaint. The first stipulation is ECF Doc. No. 20 and the second stipulation is ECF Doc. 22.

3. The current deadline to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiff' Complaint is today, June 20, 2017, and this current deadline has not expired.

4. The Parties request this extension because the Parties are currently engaged in settlement negotiations.

IT IS SO STIPULATED.

DATED this 20th day of June 2017.

HUTCHISON & STEFFEN, LLC

*/s/ Jeffrey R. Hall*
_____
Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendants*

DATED this 20th day of June 2017.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/ Don Springmeyer*
_____
Don Springmeyer (1021)
Jordan Butler (10531)
3556 E. Russell Road, Second Floor
Las Vegas, NV 89120
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: June _____, 2017