Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:	(702) 385-2500
Fax:	(702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br> v. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:17-cv-01418-JAD-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** <br> **(Third Request)** |

Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.	Defendants and Plaintiffs (the "Parties") request to extend the time to file a responsive pleading to Plaintiffs' Complaint, with the requested extension being June 30, 2017. The filing date of Plaintiffs' Complaint was May 18, 2017.

2.	This is the third stipulation the Parties have made to the Court to extend the time to file a responsive pleading to Plaintiffs' Complaint. The first stipulation is ECF Doc. 25 and the second stipulation is ECF Doc. 28.

3.	The current deadline to file a responsive pleading to Plaintiffs' Complaint is

today, June 26, 2017, and this current deadline has not expired.

4. The Parties request this extension because the Parties are currently engaged in settlement negotiations. The Parties believe that they will have a settlement agreement entered into prior to the requested extension deadline of June 30, 2017, such that it is anticipated this will be the Parties' final request to extend time.

IT IS SO STIPULATED.

DATED this 26th day of June 2017.

HUTCHISON & STEFFEN, LLC

*/s/ Robert T. Stewart*
_____
Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendants*

DATED this 26th day of June 2017.

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

*/s/ Don Springmeyer*
_____
Don Springmeyer (1021)
Jordan Butler (10531)
3556 E. Russell Road, Second Floor
Las Vegas, NV 89120
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: June 27, 2017