Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br> v. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:17-cv-01418-JAD-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** <br> **(Fourth Request)** |

Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants and Plaintiffs (the "Parties") request to extend the time to file a responsive pleading to Plaintiffs' Complaint, with the requested extension being July 7, 2017. The filing date of Plaintiffs' Complaint was May 18, 2017.

2. This is the fourth stipulation the Parties have made to the Court to extend the time to file a responsive pleading to Plaintiffs' Complaint. The first stipulation is ECF Doc. 25, the second stipulation is ECF Doc. 28, and the third stipulation is ECF Doc. 32.

3. The current deadline to file a responsive pleading to Plaintiffs' Complaint is

today, June 26, 2017, and this current deadline has not expired.

    4.    The Parties request this extension because the Parties have reached a settlement in this case. To effectuate the settlement entered into by the parties, a stipulation and order to consolidate this case with an earlier filed case pending before Judge Mahan, Case No.: 2:17-cv-01252-JCM-PAL, and to dismiss the proposed consolidated cases has been lodged with and is pending before Judge Mahan.

IT IS SO STIPULATED.

| DATED this 30th day of June 2017. | DATED this 30th day of June 2017. |
|---|---|
| HUTCHISON & STEFFEN, LLC | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| */s/ Jeffrey R. Hall* | */s/ Jordan Butler* |
| Mark A. Hutchison (4639)<br>Jeffrey R. Hall (9572)<br>Robert T. Stewart (13770)<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for Defendants* | Don Springmeyer (1021)<br>Jordan Butler (10531)<br>3556 E. Russell Road, Second Floor<br>Las Vegas, NV 89120<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: \_\_\_\_July 3_____, _____, 2017