Mark A. Hutchison (4639)
Jeffrey R. Hall (9572)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
mhutchison@hutchlegal.com
jhall@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE SUNSETS, LLC and JENCESS SOFTWARE & TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYKALAI KONTILAI aka MICHAEL CONTILE and COLLECTORS COFFEE, INC dba COLLECTORS CAFE, <br><br> Defendants. | Case No. 2:17-cv-01418-JAD-CWH <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY EX PARTE MOTION TO SEAL PLAINTIFFS' COMPLAINT** <br> **(Sixth Request)** |

   Defendants Collectors Coffee, Inc. and Mykalai Kontilai ("Defendants") and Plaintiffs Blue Sunsets, LLC and Jencess Software & Technologies, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows:

   1. Defendants and Plaintiffs (the "Parties") request to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiffs' Complaint, with the requested extension being July 7, 2017. The filing date of the Ex Parte Motion to Seal Plaintiffs' Complaint was May 19, 2017.

   2. This is the sixth stipulation the Parties have made to the Court to extend the time to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal

Plaintiffs' Complaint. The first stipulation is ECF Doc. No. 20, the second stipulation is ECF Doc. 22, the third stipulation is ECF Doc. 26, the fourth stipulation is ECF Doc. 29, and the fifth stipulation is ECF Doc. 33.

3. The current deadline to file a response to Plaintiffs' Opposition to Defendants' Emergency Ex Parte Motion to Seal Plaintiff' Complaint is today, June 30, 2017, and this current deadline has not expired.

4. The Parties request this extension because the Parties have reached a settlement in this case. To effectuate the settlement entered into by the parties, a stipulation and order to consolidate this case with an earlier filed case pending before Judge Mahan, Case No.: 2:17-cv-01252-JCM-PAL, and to dismiss the proposed consolidated cases has been lodged with and is pending before Judge Mahan.

IT IS SO STIPULATED.

DATED this 30th day of June 2017.  DATED this 30th day of June 2017.

HUTCHISON & STEFFEN, LLC          WOLF, RIFKIN, SHAPIRO,
                                   SCHULMAN & RABKIN, LLP

/s/ Jeffrey R. Hall                /s/ Jordan Butler
_____          _____
Mark A. Hutchison (4639)           Don Springmeyer (1021)
Jeffrey R. Hall (9572)             Jordan Butler (10531)
Robert T. Stewart (13770)          3556 E. Russell Road, Second Floor
10080 West Alta Drive, Suite 200   Las Vegas, NV 89120
Las Vegas, NV 89145                *Attorneys for Plaintiffs*
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Dated: _____July 3_____, _____, 2017